Tolu **SODIMU**, Plaintiff—Appellant,

v.

**OMP, INCORPORATED; Obagi, Incorporated; Worldwide Products, Incorporated; Marnie L. Runyan (Godfrey); Nadu A. Tuakli, Defendants—Appellees.**

No. 07–1486.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 23, 2008.

Decided: March 24, 2008.

H. Jeffrey Tabb, H. Jeffrey Tabb, P.C., Greenbelt, Maryland, for Appellant. Michael K. Wiggins, Wharton, Levin, Ehrmantraut & Klein, P.A., Annapolis, Maryland; Robert E. Scott, Jr., Marisa A. Trasatti, Semmes, Bowen & Semmes, Baltimore, Maryland, for Appellees.

Before NIEMEYER, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tolu Sodimu appeals the district court's orders granting Dr. Nadu A. Tuakli's motion to dismiss Sodimu's medical negligence claim, and granting summary judgment to the remaining Defendants on Sodimu's claims of negligence and product liability. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sodimu v. OMP, Inc.,* No. 8:05–cv–00413–AW, 2005 WL 1230099 (D. Md. May 25, 2005; Apr. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*